**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TEXAS ENERGY RESOURCES INNOVATION LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 4:23-cv-3079 |
| vs. | ) ) | **SUGGESTION OF** |
| | ) | **BANKRUPTCY AND NOTICE** |
| GOODLEAP, LLC | ) | **OF STAY** |
| | ) ) | |
| Defendant. | ) | |

Plaintiff Texas Energy Resources Innovation LLC ("Texas Energy"), files its Suggestion of Bankruptcy and Notice of Stay, as follows:

On October 13, 2023, Texas Energy filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas, case number 4:23-bk-33996. A true and correct copy of the Petition in bankruptcy is attached hereto as Exhibit A.

Pursuant to Section 362 of the Bankruptcy Code, the filing of the Petition operates as a stay of:

1. The commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the Debtor that was or could have been commenced before the commencement of the case under Title 11, or to recover a claim against

the Debtor that arose before the commencement of the case under Title 11;

2. The enforcement, against the Debtor or against property of the estate, of a judgment obtained before the commencement of the case under Title 11;

3. Any act to obtain possession of property of the estate or property from the estate;

4. Any act to create, perfect, or enforce any lien against property of the estate;

5. Any act to create, perfect, or enforce against property of the Debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under Title 11, except to the extent provided in section 362(b);

6. Any act to collect assets, or recover a claim against the Debtor that arose before the commencement of the case under Title 11;

7. The set off of any debt owing to the Debtor that arose before the commencement of the case under Title 11 against any claim against the Debtor; and

8. The commencement or continuation of a proceeding before the United States Tax Court concerning the Debtor.

Accordingly, pursuant to the provisions of 11 U.S.C. § 362, the automatic stay prohibits any further action against the Debtor in this proceeding until such time as

the Bankruptcy Court may order otherwise. In addition, pursuant to 11 U.S.C. § 108, the filing of the petition for relief under Title 11 operates to extend the period within which the Debtor may, among other things, file any pleading, commence an action, cure a default, or perform any other similar act fixed by non-bankruptcy law, an order entered in a non-bankruptcy proceeding, or an agreement, if such deadline has not expired prior to the filing of the bankruptcy petition.

WHEREFORE, Texas Energy respectfully requests that this case be stayed or abated in its entirety in recognition of the automatic stay and to allow the trustee to determine whether to pursue the claims herein through an adversary proceeding in the bankruptcy court.

Dated: October 17, 2023

Respectfully submitted,

<u>/s/ Elizabeth K. Stepp</u>
Elizabeth K. Stepp
Texas Bar No. 00788467
eks@federal-lawyer.com
Paul P. Strickland
*Pro hac vice anticipated*
paul@federal-lawyer.com
**OBERHEIDEN P.C.**
440 Louisiana St., Suite 200
Houston, Texas 77002
(214) 334-7648 (Telephone)
(972) 559-3365 (Facsimile)
**ATTORNEYS FOR PLAINTIFF**
**TEXAS ENERGY RESOURCES**
**INNOVATION LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2023, a true and correct copy of the above and foregoing instrument was served on counsel for defendant according to the Federal Rules of Civil Procedure.

/s/ Elizabeth K. Stepp
Elizabeth K. Stepp

# EXHIBIT A

Fill in this information to identify your case:

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Texas Energy Resources Innovations LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FDBA Texas Energy Resources** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-3565698** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

**5075 Westheimer, Suite 1190**
**Houston, TX 77056**
Number, Street, City, State & ZIP Code

**Harris**
County

**Mailing address, if different from principal place of business**

**1616 Post Oak, Apt. # 2206**
**Houston, TX 77056**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor  **Texas Energy Resources Innovations LLC**                                    Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor  **Texas Energy Resources Innovations LLC**                    Case number *(if known)* _____
         Name

**10. Are any bankruptcy cases** ■ No
    **pending or being filed by a**  □ Yes.
    **business partner or an**
    **affiliate of the debtor?**

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | _____ |
|---|---|---|---|---|
| | District _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in** *Check all that apply:*
    **this district?**

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

□  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**  ■ No
    **have possession of any**
    **real property or personal**  □ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**

**Why does the property need immediate attention?** *(Check all that apply.)*

□ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

□ It needs to be physically secured or protected from the weather.

□ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

□ Other _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

□ No

□ Yes.   Insurance agency  _____
         Contact name      _____
         Phone             _____

■ **Statistical and administrative information**

**13. Debtor's estimation of**      *Check one:*
    **available funds**

□ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**   ■ 1-49              □ 1,000-5,000          □ 25,001-50,000
    **creditors**              □ 50-99             □ 5001-10,000          □ 50,001-100,000
                               □ 100-199           □ 10,001-25,000        □ More than100,000
                               □ 200-999

**15. Estimated Assets**   □ $0 - $50,000           ■ $1,000,001 - $10 million       □ $500,000,001 - $1 billion
                           □ $50,001 - $100,000     □ $10,000,001 - $50 million      □ $1,000,000,001 - $10 billion
                           □ $100,001 - $500,000    □ $50,000,001 - $100 million     □ $10,000,000,001 - $50 billion
                           □ $500,001 - $1 million  □ $100,000,001 - $500 million    □ More than $50 billion

**16. Estimated liabilities**   □ $0 - $50,000      ■ $1,000,001 - $10 million       □ $500,000,001 - $1 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor  **Texas Energy Resources Innovations LLC**                  Case number *(if known)* _____
        Name

☐  $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐  $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐  $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **Texas Energy Resources Innovations LLC**
      Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 13, 2023**
              MM / DD / YYYY

**X** **/s/ Aris Ramish**
Signature of authorized representative of debtor

**Aris Ramish**
Printed name

Title   **Vice President**

---

**18. Signature of attorney**

**X** **/s/ Michael J. Durrschmidt**
Signature of attorney for debtor

Date  **October 13, 2023**
      MM / DD / YYYY

**Michael J. Durrschmidt**
Printed name

**Hirsch & Westheimer, P.C.**
Firm name

**1415 Louisiana, 36th Floor**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone  **(713) 220-9165**     Email address  **mdurrschmidt@hirschwest.com**

**06287650 TX**
Bar number and State

WRITTEN CONESNT OF GENERAL PARTNER OF
TEXAS ENERGY RESOURCES INNOVATIONS LLC

I, Aris Ramish, DO HEREBY CERTIFY, that I am the Vice President and a manger of TEXAS ENERGY RESOURCES INNOVATIONS LLC ("TERI"), a domestic limited liability corporation organized and existing under and by virtue of the laws of the State of Texas and am keeper of the records thereof; that the following is a true, correct, copy of the resolutions duly adopted by the unanimous consent of all members of TERI effective as of October 13, 2023; and that said resolutions are still in full force and effect:

RESOLVED, that Aris Ramish, Vice President and manager of TERI is authorized and directed to execute and cause to be filed TERI's Petition for relief under Title 11. United States Code, Chapter 7 (the "Chapter 7 Case") and all of the necessary papers in connection there with, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, and further to such end, to do any other acts, execute all necessary documents and take any other steps in the name of and on behalf of TERI as are necessary and appropriate to obtaining such relief as may be available in and during the Chapter 7 Case; and

RESOLVED, that Aris Ramish, Vice President and manager of TERI, shall, to the extent necessary, authorize TERI to retain the services of professionals to assist TERI in preparing and filing the Chapter 7 Case and to represent and assist TERI in carrying out its duties in the Chapter 7 Case and is hereby authorized and directed to take appropriate actions to retain said professionals and to execute appropriate retention agreements and pay appropriate retainers prior to the filing the Chapter 7 Case, and, immediately upon the filing of the Chapter 7 Case, to file or cause to be filed an appropriate application or applications with the Bankruptcy Court for authority to retain the services of professionals for said purposes. The said professionals consist of the following named firms, believed to be properly qualified to act as professionals in the Chapter 7 Case: Hirsch & Westheimer, P.C. in connection herewith, said professionals are to be compensated for their services and expenses on the basis of prior agreements and/or their usual and customary fees and expenses, including retainers, subject to the approval of the Bankruptcy Court; and

RESOLVED, that Aris Ramish, Vice President and manager of TERI, is hereby authorized, upon consultation with such persons (including professionals), as he may deem appropriate and proper, to file or cause to be filed, applications for authority to retain the services of other professionals for specified purposes, including litigation, and to compensate them at the rate of their usual and customary fees and expenses and/or prior agreements, including retainers, subject to the approval of the Bankruptcy Court.

I DO FURTHER CERTIFY that Aris Ramish, Vice President and manager of TERI is duly elected, qualified, and acting as such respectively.

IN WITNESS WHEREOF, the undersigned being the Vice President of TEXAS ENERGY RESOURCES INNOVATIONS LLC, hereby subscribes his name effective as of October 13, 2023.

TEXAS ENERGY RESOURCES INNOVATIONS LLC, a Texas limited liability corporation

By: _____

Aris Ramish, Manager

2

American Express
200 Vesey St.
Manhattan
New York, NY 10285


Aris Ramish
1616 Post Oak Blvd., Apt #2206
Houston, TX 77056


Consolidated Electric Distributors
c/o Matthew Jameson
5429 LBJ Frwy., #300
Dallas, TX 75240


Consolidated Electric Distributors, Inc.
500 Morris Oliver Way, Ste 300
Katy, TX 77494


Crawford Electric Supply
1105 Business Park Dr.
Mission, TX 78572


Crawford Electric Supply
c/o Jon Totz
Totz Ellison & Totz, P.C.
2211 Norfolk, #510
Houston, TX 77098


Edgar Gonzalez
1616 Post Oak Blvd., Apt #1211
Houston, TX 77056


Frost Bank
5075 Westheimer
Houston, TX 77056

Gonzalez, Edgar
1616 Post Oak Blvd., Apt. 1211
Houston, TX 77056


Goodleap LLC
c/o James R. Ray III
1717 W. 6th St., #250
Von Ormy, TX 78073-4777


Goodleap LLC
8781 Sierra College Blvd.
Roseville, CA 95661


IRS- Dept. of Treasury
P.O. Box 1214
Charlotte, NC 28201-1214


Mosaic Inc.
601 12th St., Suite 325
Oakland, CA 94607


Ramish, Julie
781 Muledeer Cr
South Lake Tahoe, CA 96150


RL Bernstein Investments, LP
14521 Old Katy Rd.
Houston, TX 77079


State of Utah

Sunlight Financial Services
234 W 39th St., 7th Fl.
New York, NY 10018


Texas Workforce Commission
101 E. 15th St.
Austin, TX 78778


Unilev Management Corp.
2700 Post Oak Blvd., #200
Houston, TX 77056

# United States Bankruptcy Court
## Southern District of Texas

In re    **Texas Energy Resources Innovations LLC** _____    Case No. _____

                                                            Debtor(s)           Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Texas Energy Resources Innovations LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 13, 2023** _____

Date

**/s/ Michael J. Durrschmidt** _____

**Michael J. Durrschmidt**

Signature of Attorney or Litigant

Counsel for   **Texas Energy Resources Innovations LLC** _____

**Hirsch & Westheimer, P.C.**

**1415 Louisiana, 36th Floor**
**Houston, TX 77002**
**(713) 220-9165 Fax:(713) 223-9319**
**mdurrschmidt@hirschwest.com**